UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 16, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE MADRIGAL-VEGA

Defendant.

Case No. 2:18-cr-00009-TLN-05

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSE MADRIGAL VEGA Case No. 2:18-cr-00009-TLN-05 Charge 21 USC § 841(a)(1), 846 from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

X Unsecured Appearance Bond $ 25,000 (Co-signed by Clemente Madrigal)

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

X (Other): Pretrial Release Conditions as stated on the record in open court.

Issued at Sacramento, California on February 16, 2018 at 2:00 PM

By: /s/ _____
Magistrate Judge Kendall J. Newman