CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE MADRIGAL-VEGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE MADRIGAL-VEGA, et al.<br><br>Defendants. | Case No.: 18-cr-009 TLN<br><br>STIPULATION AND PROPOSED ORDER FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Justin Lee, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Jose Madrigal-Vega, in consultation with Pretrial Services, that Defendant's current pretrial release conditions shall be modified as follows:

1. Condition No. 9 shall be replaced with: *You must refrain from **ANY** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used.*

2. The following condition shall be added: *You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol*

07/25/19

*dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.*

DATED: July 24, 2019　　　　Respectfully submitted,

　　　　　　　　　　　　　　/S/　　Clemente M. Jiménez
　　　　　　　　　　　　　　CLEMENTE M. JIMÉNEZ
　　　　　　　　　　　　　　Attorney for Jose Madrigal-Vega


　　　　　　　　　　　　　　/S/　　Justin Lee
　　　　　　　　　　　　　　McGregor Scott
　　　　　　　　　　　　　　by JUSTIN LEE
　　　　　　　　　　　　　　Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED, that the Defendant's pretrial release conditions be modified as stipulated by the parties.

Dated: July 25, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE