CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Jose Madrigal-Vega

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSE MADRIGAL-VEGA, et al.,<br><br>　　　　Defendants | Case No.: 2:18-cr-009 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date:　August 19, 2021<br>Time:　9:30 a.m.<br>Court:　Hon. Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, counsel for plaintiff United States of America, and attorney Clemente M. Jiménez, counsel for defendant Jose Madrigal-Vega, that the status conference currently scheduled for August 19, 2021, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on September 2, 2021, at 9:30 a.m. for change of plea. During most of the period that this case has been pending, national events related to the spread of COVID-19 occurred, directly affecting court operations. Federal and state authorities have issued directives designed to address the pandemic, such as mandating remote video appearances and/or limiting in-person appearances.  Mr. Madrigal-Vega has notified counsel that a member of his immediate family tested positive for COVID-19.  In order to minimize the risk of potentially exposing others to COVID-19 at an in-person court

1  appearance, the parties believe a continuance would be appropriate under these
2  circumstances.
3  *This proposed stipulation relates to Defendant Madrigal-Vega only.*
4  IT IS FURTHER STIPULATED the Court find and order that 1) time from the
5  date of the parties' stipulation, August 18, 2021, to and including the September 2, 2021,
6  status date shall be excluded from computation of time within which the trial of this case
7  must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant
8  to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 2) the ends of justice served
9  in granting the request outweigh the best interests of the public and the defendant to a
10 speedy trial.

Phillip Talbert
Acting United States Attorney

DATED: August 18, 2021   By:   */s/ Justin Lee*
By JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff
United States of America


DATED: August 18, 2021   */s/ Clemente M. Jiménez*
CLEMENTE M. JIMÉNEZ
Attorney for Jose Madrigal-Vega

StipCont.090221                                  2

**ORDER**

The Court having, received, read, and considered the parties' stipulation, and good cause appearing therefrom,

IT IS ORDERED that the Court adopts the parties' stipulation in its entirety as its Order. The status conference in the above-entitled matter scheduled for August 19, 2021, at 9:30 a.m., is hereby vacated and the matter continued to September 2, 2021, at 9:30 a.m.

Based on the parties' representations, the Court finds and orders that 1) the time from the date of the parties' stipulation, August 18, 2021, to and including the September 2, 2021, status date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 2) the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

This 18th day of August, 2021.

Troy L. Nunley
United States District Judge

StipCont.090221

3